IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 1:15cr512-MHT |
| | ) | (WO) |
| WILLIAM BRIAN JAMES | ) | |

ORDER

Based on the representations made on the record on December 8, 2015, it is ORDERED as follows:

(1) All motions in limine are due 14 days before jury selection.

(2) Defendant William Brian James's motion in limine (doc. no. 21) is denied with leave to renew after he has received all the government's discovery, but before the in-limine motion deadline.

DONE, this the 9th day of December, 2015.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE