```
        IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

          MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

UNITED STATES OF AMERICA      )
                              )      CRIMINAL ACTION NO.
     v.                       )         1:15cr512-MHT
                              )              (WO)
WILLIAM BRIAN JAMES           )
```

                              ORDER

It is ORDERED that defendant William Brian James's motion for a pretrial determination (doc. no. 30) is set for a hearing on January 26, 2016, at 10:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The government is to file a response to the motion by no later than January 18, 2016, and defendant James is to file a reply by no later than January 22, 2016.

DONE, this the 11th day of January, 2016.

                              /s/ Myron H. Thompson
                           UNITED STATES DISTRICT JUDGE