IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 1:15cr512-MHT |
| | ) | (WO) |
| **WILLIAM BRIAN JAMES** | ) | |

### ORDER

It is ORDERED that the opinion and order entered in this case on February 16, 2016 (doc. no. 36), is vacated.

DONE, this the 18th day of February, 2016.

                                                /s/ Myron H. Thompson
                                       UNITED STATES DISTRICT JUDGE